B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>Eastern District of Arkansas | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Craighead County Fair Association** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**DBA Northeast Arkansas District Fair** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):<br>**58-1886255** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**2731 E. Highland Dr.**<br>**Jonesboro, AR 72401**  ZIP CODE **72401-0000** | Street Address of Joint Debtor (No. & Street, City, and State):  ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Craighead** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 2397**<br>**Jonesboro, AR 72401**  ZIP CODE **72401-0000** | Mailing Address of Joint Debtor (if different from street address):  ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above): **2731 E. Highland Drive and 572 County Road 702 Jonesboro, AR 72401**

| Type of Debtor (Form of Organization) (Check one box.) | Nature of Business (Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity (Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts (Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ☒ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.<br>--------------------------------------------------------<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**  THIS SPACE IS FOR COURT USE ONLY

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
☒ 1-49  ☐ 50-99  ☐ 100-199  ☐ 200-999  ☐ 1,000-5,000  ☐ 5001-10,000  ☐ 10,001-25,000  ☐ 25,001-50,000  ☐ 50,001-100,000  ☐ OVER 100,000

Estimated Assets
☐ $0 to $50,000  ☐ $50,001 to $100,000  ☐ $100,001 to $500,000  ☐ $500,001 to $1 million  ☐ $1,000,001 to $10 million  ☒ $10,000,001 to $50 million  ☐ $50,000,001 to $100 million  ☐ $100,000,001 to $500 million  ☐ $500,000,001 to $1 billion  ☐ More than $1 billion

Estimated Liabilities

**B1 (Official Form 1) (04/13)** **Page 2**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☒ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Craighead County Fair Association** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X **/s/ James F. Dowden**     **October 13, 2014** <br>     Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                                                                                                                   Page 4

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Craighead County Fair Association** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _____<br>  Signature of Debtor<br>X _____<br>  Signature of Joint Debtor<br><br>  Telephone Number (If not represented by attorney)<br><br>  Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>  (Signature of Foreign Representative)<br><br>  (Printed Name of Foreign Representative)<br><br>  Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X **/s/ James F. Dowden**<br>  Signature of Attorney for Debtor(s)<br>**James F. Dowden 77046**<br>  Printed Name of Attorney for Debtor(s)<br>**James F. Dowden, PA**<br>  Firm Name<br>**212 Center Street**<br>**Tenth Floor**<br>**Little Rock, AR 72201**<br>  Address<br>             **Email:JFDowden@swbell.net**<br>**501-324-4700 Fax:501-374-5463**<br>  Telephone Number<br>**October 13, 2014**<br>  Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>  Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>  Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>  Address<br>X _____<br><br>  Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X **/s/ Michael Cureton**<br>  Signature of Authorized Individual<br>**Michael Cureton**<br>  Printed Name of Authorized Individual<br>**Acting President**<br>  Title of Authorized Individual<br>**October 10, 2014**<br>  Date | |

# United States Bankruptcy Court
### Eastern District of Arkansas

In re **Craighead County Fair Association**     Case No. _____

Debtor(s)     Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Acting President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **October 10, 2014**

**/s/ Michael Cureton**
**Michael Cureton**/**Acting President**
Signer/Title

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

.

Adams & Cooper Plumbing, Inc.
PO Box 1141
Jonesboro, AR 72403


Arkansas Automatic Sprinklers
PO Box 1370
Cabot, AR 72023


Artisan Precast
17216 Saticoy St.
Suite 411
Van Nuys, CA 91406


Associated Engineers
PO Box 1462
Jonesboro, AR 72403


Bailey Contractors, Inc.
101 CR 130
Bono, AR 72416


Barker Brothers Asphalt
461 CR 402
Jonesboro, AR 72401


Becker Fabrication
1800 McArthur Park
Jonesboro, AR 72401


Bethune Painting, Inc.
603 Tannehill Dr.
Jonesboro, AR 72404


Blackburn Properties of Texas
Attn:  Paul Blackburn
8100 Broadway, Ste 205
San Antonio, TX 78209


Charles Frierson, III
Attorney at Law
113 E. Jackson Ave.
Jonesboro, AR 72401

Chris A. Averitt
Scholtens & Averitt, PLC
113 E. Jackson Ave.
Jonesboro, AR 72401

City Water & Light
PO Box 1289
Jonesboro, AR 72403

Control Heat & Air
6000 Krueger Dr.
Jonesboro, AR 72401

Dacus Fence Co.
2729 N. Church
Jonesboro, AR 72401

David Grace
Hardin & Grace
PO Box 5851
North Little Rock, AR 72119

Dennis Zolper
Attorney at Law
PO Box 17367
Jonesboro, AR 72403

Ditta Door
3620 Stadium Blvd.
Jonesboro, AR 72404

Fields Heat & Air
2519 Melody Lane
Newport, AR 72112

Focus Bank
406 Southwest Drive
PO Box 16880
Jonesboro, AR 72401

Glenn Lovett, Jr.
Attorney at Law
PO Box 1575
Jonesboro, AR 72403

Harvey Preston Electric, Inc.
12110 Old Hwy 71 S.
Fort Smith, AR 72916


Hedger Brothers
2103 Cotton St.
Jonesboro, AR 72401


Hufcor, Inc.
PO Box 591
Janesville, WI 53547


James W. McLeod
McLeod Law Firm, PLLC
225 S. Main, Suite 102
Jonesboro, AR 72401


Jay Bequette
Bequette & Billingsley, PA
425 W. Capitol Ave., Ste 3200
Little Rock, AR 72201-3469


Jim Lyons
Lyons & Cone, PLC
PO Box 7044
Jonesboro, AR 72403


Jonesboro Overhead Door Co.
PO Box 17196
Jonesboro, AR 72403


Jonesboro Roofing
PO Box 9016
Jonesboro, AR 72403


Lakeside Contractors
PO Box 16540
Jonesboro, AR 72403


M. Keith Blythe
Attorney at Law
3921 Rogers Ave.
Fort Smith, AR 72903

```
May Security
4910 Southwest Drive C
Jonesboro, AR 72404


Midsouth Steel
PO Box 9361
Jonesboro, AR 72403


North Arkansas Stiping
3204 Lochmoor Cove
Jonesboro, AR 72401


Northeast Glass
3620 Stadium Blvd.
Jonesboro, AR 72404


R. Bryant Marshall
Attorney at Law
PO Box 4034
Jonesboro, AR 72403


RGB Sheetmetal
PO Box 1927
Jonesboro, AR 72403


Ritter Communication
PO Box 9661
Conway, AR 72033


Roger McNeill
Womack, Phelps & McNeill
PO Box 3077
Jonesboro, AR 72403


Ron Burnett
Parker, Hurst & Burnett
PO Box 1733
Jonesboro, AR 72403


Ryan M. Wilson
Womack, Phelps & McNeill, P.A.
PO Box 3077
Jonesboro, AR 72403
```

```
Service Group 360
PO Box 1501
Jonesboro, AR 72401


Stewart Electric
511 Wilson St.
Jonesboro, AR 72401


Stonebridge Construction
1000 Windover Rd.
Jonesboro, AR 72401


Supreme Fixtures
PO Box 193655
Little Rock, AR 72219


The Perkins Law Firm
PO Box 4054
Jonesboro, AR 72403


Troy Henry
Henry Law Firm
630 S. Main Street
Jonesboro, AR 72403


Turman Construction
6555 Hwy 1 South
Jonesboro, AR 72404


Union Glass
3211 Southwest D
Jonesboro, AR 72404


Vance Construction & Prop.
1815 Grant Ave.
Jonesboro, AR 72401


Vance Construction Solution
PO Box 1366
Jonesboro, AR 72403


William Clayton Vandivort
PO Box 158
Sikeston, MO 63801
```

```
Woods, Masonry & Repair, LLC
214 CR 115
Jonesboro, AR 72416
```

# United States Bankruptcy Court
## Eastern District of Arkansas

In re  **Craighead County Fair Association**  
Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Craighead County Fair Association**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 10, 2014**  
Date

/s/ James F. Dowden  
**James F. Dowden 77046**  
Signature of Attorney or Litigant  
Counsel for  **Craighead County Fair Association**  
**James F. Dowden, PA**  
**212 Center Street**  
**Tenth Floor**  
**Little Rock, AR 72201**  
**501-324-4700 Fax:501-374-5463**  
**JFDowden@swbell.net**