B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Arkansas

In re   __Craighead County Fair Association__     Case No.   __3:14-bk-15490__

                                 Debtor(s)     Chapter   __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Arkansas Automatic Sprinklers**<br>**PO Box 1370**<br>**Cabot, AR 72023** | **Arkansas Automatic Sprinklers**<br>**PO Box 1370**<br>**Cabot, AR 72023** | **Trade Debt** | | **25,125.28** |
| **Artisan Precast**<br>**17216 Saticoy St.**<br>**Suite 411**<br>**Van Nuys, CA 91406** | **Artisan Precast**<br>**17216 Saticoy St.**<br>**Suite 411**<br>**Van Nuys, CA 91406** | **Trade Debt** | | **10,381.00** |
| **Associated Engineers**<br>**PO Box 1462**<br>**Jonesboro, AR 72403** | **Associated Engineers**<br>**PO Box 1462**<br>**Jonesboro, AR 72403** | **Trade Debt** | | **3,233.75** |
| **Becker Fabrication**<br>**1800 McArthur Park**<br>**Jonesboro, AR 72401** | **Becker Fabrication**<br>**1800 McArthur Park**<br>**Jonesboro, AR 72401** | **Trade Debt** | | **2,991.20** |
| **City of Jonesboro**<br>**City Inspector Tim Renshaw**<br>**300 S. Church St.**<br>**Jonesboro, AR 72401** | **City of Jonesboro**<br>**City Inspector Tim Renshaw**<br>**300 S. Church St.**<br>**Jonesboro, AR 72401** | **Certificate of Occupancy** | | **Unknown** |
| **Dacus Fence Co.**<br>**2729 N. Church**<br>**Jonesboro, AR 72401** | **Dacus Fence Co.**<br>**2729 N. Church**<br>**Jonesboro, AR 72401** | **Trade Debt** | | **24,421.00** |
| **Fields Heat & Air**<br>**2519 Melody Lane**<br>**Newport, AR 72112** | **Fields Heat & Air**<br>**2519 Melody Lane**<br>**Newport, AR 72112** | **Trade Debt** | | **860.00** |
| **May Security**<br>**4910 Southwest Drive C**<br>**Jonesboro, AR 72404** | **May Security**<br>**4910 Southwest Drive C**<br>**Jonesboro, AR 72404** | **Trade Debt** | | **12,755.00** |
| **Oakwood Subdivision**<br>**c/o J.R.Thomas**<br>**243 Sundown Lane**<br>**Jonesboro, AR 72401** | **Oakwood Subdivision**<br>**c/o J.R.Thomas**<br>**243 Sundown Lane**<br>**Jonesboro, AR 72401** | **Sewer, paving, lights, building-Conditions of annexation and zoning.** | | **150,000.00** |
| **Ritter Communication**<br>**PO Box 9661**<br>**Conway, AR 72033** | **Ritter Communication**<br>**PO Box 9661**<br>**Conway, AR 72033** | **Trade Debt** | | **117,750.44** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Craighead County Fair Association**                   Case No.    **3:14-bk-15490**

                                 Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Service Group 360**<br>**PO Box 1501**<br>**Jonesboro, AR 72401** | **Service Group 360**<br>**PO Box 1501**<br>**Jonesboro, AR 72401** | **Trade Debt** | | **16,500.00** |
| **Turman Construction**<br>**6555 Hwy 1 South**<br>**Jonesboro, AR 72404** | **Turman Construction**<br>**6555 Hwy 1 South**<br>**Jonesboro, AR 72404** | **Trade Debt** | | **87,600.00** |
| **Union Glass**<br>**3211 Southwest D**<br>**Jonesboro, AR 72404** | **Union Glass**<br>**3211 Southwest D**<br>**Jonesboro, AR 72404** | **Trade Debt** | | **5,959.20** |
| **Waddell, Cole & Jones**<br>**310 East St., Ste. A**<br>**Jonesboro, AR 72401** | **Waddell, Cole & Jones**<br>**310 East St., Ste. A**<br>**Jonesboro, AR 72401** | **Trade Debt** | | **Unknown** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Acting President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **October 22, 2014**               Signature   **/s/ Michael Cureton**

                                                    **Michael Cureton**
                                                    **Acting President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Eastern District of Arkansas

In re __Craighead County Fair Association_____ ,     Case No. ___3:14-bk-15490_____

                                            Debtor

                                            Chapter_____11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 25,114,419.10 | | |
| B - Personal Property | Yes | 4 | 1,598,180.94 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 14 | | 9,369,147.38 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | 457,576.87 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 34 | | | |
| Total Assets | | | 26,712,600.04 | | |
| Total Liabilities | | | | 9,826,724.25 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Eastern District of Arkansas

In re    **Craighead County Fair Association**                              Case No.    **3:14-bk-15490**
                                                        Debtor
                                                                           Chapter                    **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re **Craighead County Fair Association** , Case No. __3:14-bk-15490__
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Approximately 78 Acres (New Fairgrounds)** **Location: 7001 East Johnson, Jonesboro AR 72401** **and** **572 County Road 701, Jonesboro, AR  72401** **Value: $20,214,419.10** | **Fee simple** | - | **25,114,419.10** | **9,369,147.38** |
| **and:** **15 Acres (Old Fairgrounds - two tracts of 12 acres and 3 acres) aka Stadium Property.** **Location:  Jonesboro, AR** **Value: $4,900,000.00** | | | | |
| **Liens on the fair property consists of $6.2 million to Focus Bank and approximately $3.2 million in materialmen's liens.  Please see Sch. D for details.** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **25,114,419.10** | (Total of this page) |
| | Total > | **25,114,419.10** | |

__0__    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Craighead County Fair Association** _____,  Case No.  **3:14-bk-15490** _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Centennial Bank fka Liberty Bank - Business Account** | - | 298,491.58 |
| | | **Construction Account - Focus Bank** | - | 100.00 |
| | | **Focus Bank Money Market** | - | 107.43 |
| | | **Focus Bank Business Account** | - | 4,850.08 |
| | | **Focus Bank Livestock Fund** | - | 25,304.35 |
| | | **Focus Bank Special Premium Account** | - | 14,576.45 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >    343,429.89
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Craighead County Fair Association**                                    , Case No.   __3:14-bk-15490__
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >                   **0.00**
(Total of this page)

Sheet   __1__   of   __3__   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Craighead County Fair Association**                                      ,          Case No.   **3:14-bk-15490**
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Potential claims, or at least, offsets of amounts owed vs. Vance Construction or other Gene Vance controlled entities and Focus Bank.** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1994 Dodge Ram Wagon Location: 2731 E. Highland Dr., Jonesboro AR 72401** | - | **500.00** |
| | | **1996 GMC Safari Van Location: 2731 E. Highland Dr., Jonesboro AR 72401** | - | **1,500.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computers, Basic Office Furniture, Equipment and Supplies (balance sheet value)** | - | **8,249.96** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Machinery & Equipment (balance sheet value)** | - | **1,244,501.09** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

|  | Sub-Total >   **1,254,751.05** |
|---|---|
|  | (Total of this page) |

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Craighead County Fair Association**                                        Case No.    __3:14-bk-15490__
                                                    ,
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

| | | |
|---|---|---|
| Sub-Total > | | **0.00** |
| (Total of this page) | | |
| Total > | | **1,598,180.94** |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re __Craighead County Fair Association__     Case No. __3:14-bk-15490__
                          Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable.  If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m).  If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns).

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule.  Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | C O D E B T O R | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| ACCOUNT NO. | | | | Materialman's Lien | | | | | |
| Adams & Cooper Plumbing, Inc. PO Box 1141 Jonesboro, AR 72403 | | N A | | Approximately 78 Acres (New Fairgrounds) Location: 7001 East Johnson, Jonesboro AR 72401 and 572 County Road 701, Jonesboro, AR 72401 Value: $20,214,419.10<br><br>and:<br><br>15 Acres (Old Fairgrounds - two tracts of 12 acres and 3 acres) aka St | X | X | X | | |
| | | | | VALUE          $25,114,419.10 | | | | $330,913.07 | $0.00 |

Sheet  1 of 14 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re  **Craighead County Fair Association**                                Case No.  **3:14-bk-15490**
                        Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above*) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| **Bailey Contractors, Inc.** **101 CR 130** **Bono, AR 72416** | | N A | Materialman's Lien<br><br>**Approximately 78 Acres (New Fairgrounds)** **Location: 7001 East Johnson, Jonesboro AR 72401 and 572 County Road 701, Jonesboro, AR 72401 Value: $20,214,419.10**<br><br>**and:** **15 Acres (Old Fairgrounds - two tracts of 12 acres and 3 acres) aka St** | X | X | X | | |
| | | | VALUE          $25,114,419.10 | | | | $481,693.63 | $0.00 |
| ACCOUNT NO. | | | | | | | | |
| **Barker Brothers Asphalt** **461 CR 402** **Jonesboro, AR 72401** | | N A | Materialman's Lien<br><br>**Approximately 78 Acres (New Fairgrounds)** **Location: 7001 East Johnson, Jonesboro AR 72401 and 572 County Road 701, Jonesboro, AR 72401 Value: $20,214,419.10**<br><br>**and:** **15 Acres (Old Fairgrounds - two tracts of 12 acres and 3 acres) aka St** | X | X | X | | |
| | | | VALUE          $25,114,419.10 | | | | $304,343.10 | $0.00 |

Sheet  2 of 14 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re     **Craighead County Fair Association**                                   Case No.     **3:14-bk-15490**
                                      Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | Husband, Wife, Joint or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| ACCOUNT NO. | | | | | | | | | | |
| **Bethune Painting, Inc.** **603 Tannehill Dr.** **Jonesboro, AR 72404** | | N A | | | Materialman's Lien<br><br>**Approximately 78 Acres (New Fairgrounds)** **Location: 7001 East Johnson, Jonesboro AR 72401 and** **572 County Road 701, Jonesboro, AR  72401** **Value: $20,214,419.10**<br><br>**and:** **15 Acres (Old Fairgrounds - two tracts of 12 acres and 3 acres) aka St** | X | X | X | | |
| | | | | | VALUE          **$25,114,419.10** | | | | **$40,041.00** | **$0.00** |
| ACCOUNT NO. | | | | | | | | | | |
| **City Water & Light** **PO Box 1289** **Jonesboro, AR 72403** | | N A | | | Materialman's Lien<br><br>**Approximately 78 Acres (New Fairgrounds)** **Location: 7001 East Johnson, Jonesboro AR 72401 and** **572 County Road 701, Jonesboro, AR  72401** **Value: $20,214,419.10**<br><br>**and:** **15 Acres (Old Fairgrounds - two tracts of 12 acres and 3 acres) aka St** | X | X | X | | |
| | | | | | VALUE          **$25,114,419.10** | | | | **$223,603.85** | **$0.00** |

Sheet  3 of 14 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re   **Craighead County Fair Association**                    Case No.   **3:14-bk-15490**

Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Control Heat & Air** **6000 Krueger Dr.** **Jonesboro, AR 72401** | | N A | **Materialman's Lien** **Approximately 78 Acres (New Fairgrounds)** **Location: 7001 East Johnson, Jonesboro AR 72401 and 572 County Road 701, Jonesboro, AR  72401 Value: $20,214,419.10** **and: 15 Acres (Old Fairgrounds - two tracts of 12 acres and 3 acres) aka St** VALUE      **$25,114,419.10** | X | X | X | **$102,650.00** | **$0.00** |
| ACCOUNT NO. **Ditta Door** **3620 Stadium Blvd.** **Jonesboro, AR 72404** | | N A | **Materialman's Lien** **Approximately 78 Acres (New Fairgrounds)** **Location: 7001 East Johnson, Jonesboro AR 72401 and 572 County Road 701, Jonesboro, AR  72401 Value: $20,214,419.10** **and: 15 Acres (Old Fairgrounds - two tracts of 12 acres and 3 acres) aka St** VALUE      **$25,114,419.10** | X | X | X | **$14,596.52** | **$0.00** |

Sheet  4 of 14 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re   **Craighead County Fair Association**                                          Case No.   **3:14-bk-15490**
_____
Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| **Focus Bank** **406 Southwest Drive** **PO Box 16880** **Jonesboro, AR 72401** | | N A | **Mortgage** **Approximately 78 Acres (New Fairgrounds) Location: 7001 East Johnson, Jonesboro AR 72401 and 572 County Road 701, Jonesboro, AR  72401 Value: $20,214,419.10** **and: 15 Acres (Old Fairgrounds - two tracts of 12 acres and 3 acres) aka St** | | | | | |
| | | | VALUE      **$25,114,419.10** | | | | **$6,200,000.00** | **$18,914,419.10** |
| ACCOUNT NO. | | | | | | | | |
| **Harvey Preston Electric, Inc.** **12110 Old Hwy 71 S.** **Fort Smith, AR 72916** | | N A | **Materialman's Lien** **Approximately 78 Acres (New Fairgrounds) Location: 7001 East Johnson, Jonesboro AR 72401 and 572 County Road 701, Jonesboro, AR  72401 Value: $20,214,419.10** **and: 15 Acres (Old Fairgrounds - two tracts of 12 acres and 3 acres) aka St** | X | X | X | | |
| | | | VALUE      **$25,114,419.10** | | | | **$298,719.82** | **$0.00** |

Sheet  5 of 14 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re **Craighead County Fair Association**　　　　　　Case No.　**3:14-bk-15490**

Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| **ACCOUNT NO.** | | | | | | | | | |
| Hedger Brothers 2103 Cotton St. Jonesboro, AR 72401 | | N A | | Materialman's Lien<br><br>Approximately 78 Acres (New Fairgrounds) Location: 7001 East Johnson, Jonesboro AR 72401 and 572 County Road 701, Jonesboro, AR  72401 Value: $20,214,419.10<br><br>and: 15 Acres (Old Fairgrounds - two tracts of 12 acres and 3 acres) aka St | X | X | X | | |
| | | | | VALUE　　$25,114,419.10 | | | | $66,087.51 | $0.00 |
| **ACCOUNT NO.** | | | | | | | | | |
| Hufcor, Inc. PO Box 591 Janesville, WI 53547 | | N A | | Materialman's Lien<br><br>Approximately 78 Acres (New Fairgrounds) Location: 7001 East Johnson, Jonesboro AR 72401 and 572 County Road 701, Jonesboro, AR  72401 Value: $20,214,419.10<br><br>and: 15 Acres (Old Fairgrounds - two tracts of 12 acres and 3 acres) aka St | X | X | X | | |
| | | | | VALUE　　$25,114,419.10 | | | | $260,175.68 | $0.00 |

Sheet  6 of 14 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re   **Craighead County Fair Association**        Case No.   **3:14-bk-15490**

Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above*) | CODE BTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| Jonesboro Overhead Door Co. PO Box 17196 Jonesboro, AR 72403 | | N A | Materialman's Lien  Approximately 78 Acres (New Fairgrounds) Location: 7001 East Johnson, Jonesboro AR 72401 and 572 County Road 701, Jonesboro, AR 72401 Value: $20,214,419.10  and: 15 Acres (Old Fairgrounds - two tracts of 12 acres and 3 acres) aka St | X | X | X | | |
| | | | VALUE     $25,114,419.10 | | | | $33,153.70 | $0.00 |
| ACCOUNT NO. | | | | | | | | |
| Jonesboro Roofing PO Box 9016 Jonesboro, AR 72403 | | N A | Materialman's Lien  Approximately 78 Acres (New Fairgrounds) Location: 7001 East Johnson, Jonesboro AR 72401 and 572 County Road 701, Jonesboro, AR 72401 Value: $20,214,419.10  and: 15 Acres (Old Fairgrounds - two tracts of 12 acres and 3 acres) aka St | X | X | X | | |
| | | | VALUE     $25,114,419.10 | | | | $21,603.01 | $0.00 |

Sheet  7 of 14 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re    **Craighead County Fair Association**                 Case No.    **3:14-bk-15490**

                  Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | Husband, Wife, Joint or Community | | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | | | |
| **Lakeside Contractors** **PO Box 16540** **Jonesboro, AR 72403** | | N A | | | | Materialman's Lien<br><br>**Approximately 78 Acres (New Fairgrounds)** **Location: 7001 East Johnson, Jonesboro AR 72401 and 572 County Road 701, Jonesboro, AR 72401 Value: $20,214,419.10**<br><br>**and:** **15 Acres (Old Fairgrounds - two tracts of 12 acres and 3 acres) aka St** | X | X | X | | |
| | | | | | | VALUE      **$25,114,419.10** | | | | **$282,252.18** | **$0.00** |
| ACCOUNT NO. | | | | | | | | | | | |
| **North Arkansas Striping** **3204 Lochmoor Cove** **Jonesboro, AR 72401** | | N A | | | | Materialman's Lien<br><br>**Approximately 78 Acres (New Fairgrounds)** **Location: 7001 East Johnson, Jonesboro AR 72401 and 572 County Road 701, Jonesboro, AR 72401 Value: $20,214,419.10**<br><br>**and:** **15 Acres (Old Fairgrounds - two tracts of 12 acres and 3 acres) aka St** | X | X | X | | |
| | | | | | | VALUE      **$25,114,419.10** | | | | **$11,483.00** | **$0.00** |

Sheet  8 of 14 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re __Craighead County Fair Association__        Case No. __3:14-bk-15490__
                Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above*) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| **Northeast Glass** **3620 Stadium Blvd.** **Jonesboro, AR 72404** | | N A | **Materialman's Lien** **Approximately 78 Acres (New Fairgrounds)** **Location: 7001 East Johnson, Jonesboro AR 72401 and 572 County Road 701, Jonesboro, AR  72401 Value: $20,214,419.10** **and: 15 Acres (Old Fairgrounds - two tracts of 12 acres and 3 acres) aka St** | X | X | X | | |
| | | | VALUE         **$25,114,419.10** | | | | **$2,890.00** | **$0.00** |
| ACCOUNT NO. | | | | | | | | |
| **RGB Sheetmetal** **PO Box 1927** **Jonesboro, AR 72403** | | N A | **Materialman's Lien** **Approximately 78 Acres (New Fairgrounds)** **Location: 7001 East Johnson, Jonesboro AR 72401 and 572 County Road 701, Jonesboro, AR  72401 Value: $20,214,419.10** **and: 15 Acres (Old Fairgrounds - two tracts of 12 acres and 3 acres) aka St** | X | X | X | | |
| | | | VALUE         **$25,114,419.10** | | | | **$23,745.00** | **$0.00** |

Sheet  9 of 14 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re __Craighead County Fair Association__      Case No. __3:14-bk-15490__
     Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above*) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| **Stewart Electric**<br>**511 Wilson St.**<br>**Jonesboro, AR 72401** | | N A | **Materialman's Lien**<br><br>**Approximately 78 Acres (New Fairgrounds)**<br>**Location: 7001 East Johnson, Jonesboro AR 72401 and 572 County Road 701, Jonesboro, AR  72401**<br>**Value: $20,214,419.10**<br><br>**and:**<br>**15 Acres (Old Fairgrounds - two tracts of 12 acres and 3 acres) aka St** | X | X | X | | |
| | | | VALUE          **$25,114,419.10** | | | | **$152,810.24** | **$0.00** |
| ACCOUNT NO. | | | | | | | | |
| **Stonebridge Construction**<br>**1000 Windover Rd.**<br>**Jonesboro, AR 72401** | | N A | **Materialman's Lien**<br><br>**Approximately 78 Acres (New Fairgrounds)**<br>**Location: 7001 East Johnson, Jonesboro AR 72401 and 572 County Road 701, Jonesboro, AR  72401**<br>**Value: $20,214,419.10**<br><br>**and:**<br>**15 Acres (Old Fairgrounds - two tracts of 12 acres and 3 acres) aka St** | X | X | X | | |
| | | | VALUE          **$25,114,419.10** | | | | **$7,100.00** | **$0.00** |

Sheet 10 of 14 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re   **Craighead County Fair Association**        Case No.   **3:14-bk-15490**

Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Supreme Fixtures**<br>**PO Box 193655**<br>**Little Rock, AR 72219** | | N A | **Materialman's Lien**<br><br>**Approximately 78 Acres (New Fairgrounds)**<br>**Location: 7001 East Johnson, Jonesboro AR 72401 and**<br>**572 County Road 701, Jonesboro, AR  72401**<br>**Value: $20,214,419.10**<br><br>**and:**<br>**15 Acres (Old Fairgrounds - two tracts of 12 acres and 3 acres) aka St** | X | X | X | | |
| | | | VALUE      **$25,114,419.10** | | | | **$8,708.92** | **$0.00** |
| ACCOUNT NO.<br><br>**Vance Construction & Prop.**<br>**1815 Grant Ave.**<br>**Jonesboro, AR 72401** | | N A | **Materialman's Lien**<br><br>**Approximately 78 Acres (New Fairgrounds)**<br>**Location: 7001 East Johnson, Jonesboro AR 72401 and**<br>**572 County Road 701, Jonesboro, AR  72401**<br>**Value: $20,214,419.10**<br><br>**and:**<br>**15 Acres (Old Fairgrounds - two tracts of 12 acres and 3 acres) aka St** | X | X | X | | |
| | | | VALUE      **$25,114,419.10** | | | | **$249,184.92** | **$0.00** |

Sheet 11 of 14 total sheets in Schedule of Creditors Holding Secured Claims

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Craighead County Fair Association**        Case No.   **3:14-bk-15490**

Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above*) | C O D E B T O R | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| ACCOUNT NO. | | | | Materialman's Lien | | | | | |
| **Vance Construction Solution** PO Box 1366 Jonesboro, AR 72403 | | N A | | **Approximately 78 Acres (New Fairgrounds) Location: 7001 East Johnson, Jonesboro AR 72401 and 572 County Road 701, Jonesboro, AR 72401 Value: $20,214,419.10** **and: 15 Acres (Old Fairgrounds - two tracts of 12 acres and 3 acres) aka St** | X | X | X | | |
| | | | | VALUE     **$25,114,419.10** | | | | **$253,392.23** | **$0.00** |
| | | | | Total(s) (Use only on last page) | | | | **$9,369,147.38** | **$0.00** |
| | | | | | | | | (Report also on Summary of Schedules) | If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

| | | |
|---|---|---|
| **David Grace Hardin & Grace PO Box 5851 North Little Rock, AR 72119** | **Representing Adams & Cooper Plumbing, Inc.** | **Notice Only** |
| **David Grace Hardin & Grace PO Box 5851 North Little Rock, AR 72119** | **Representing Bailey Contractors, Inc.** | **Notice Only** |
| **Glenn Lovett, Jr. Attorney at Law PO Box 1575 Jonesboro, AR 72403** | **Representing Baker Brothers Asphalt** | **Notice Only** |
| **Jim Lyons Lyons & Cone, PLC PO Box 7044 Jonesboro, AR 72403** | **Representing Bethune Painting, Inc.** | **Notice Only** |
| **Charles Frierson, III Attorney at Law 113 E. Jackson Ave. Jonesboro, AR 72401** | **Representing City Water & Light** | **Notice Only** |

Sheet 12 of 14 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re __Craighead County Fair Association__   Case No. __3:14-bk-15490__

Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Chris A. Averitt Scholtens & Averitt 113 E. Jackson Ave. Jonesboro, 72401 | | | Representing City Water & Light | | | | Notice Only | |
| Ron Burnett Parker, Hurst & Burnett PO Box 1733 Jonesboro, AR 72403 | | | Representing Control Heat & Air | | | | Notice Only | |
| Dennis Zolper Attorney at Law PO Box 17367 Jonesboro, AR 72403 | | | Representing Ditta Door | | | | Notice Only | |
| James W. McLeod McLeod Law Firm, PLLC 225 S. Main, Suite 102 Jonesboro, AR 72401 | | | Representing Focus Bank | | | | Notice Only | |
| William Clayton Vandivort PO Box 158 Sikeston, MO 63801 | | | Representing Focus Bank | | | | Notice Only | |
| M. Keith Blythe Attorney at Law 3921 Rogers Ave. Fort Smith, AR 72903 | | | Representing Harvey Preston Electric, Inc. | | | | Notice Only | |
| R. Bryant Marshall Attorney at Law PO Box 4034 Jonesboro, AR 72403 | | | Representing Hedger Brothers | | | | Notice Only | |
| Ryan M. Wilson Womack, Phelps & McNeill, PA PO Box 3077 Jonesboro, AR 72403 | | | Representing Hufcor, Inc. | | | | Notice Only | |
| Dennis Zopler Attorney at Law PO Box 17367 Jonesboro, AR 72403 | | | Representing Jonesboro Overhead Door Co. | | | | Notice Only | |
| Jim Lyons Lyons & Cone, PLC PO Box 7044 Jonesboro, AR 72403 | | | Representing Jonesboro Roofing | | | | Notice Only | |
| Troy Henry Henry Law Firm 630 S. Main Street Jonesboro, AR 72403 | | | Representing Lakeside Contractors | | | | Notice Only | |
| Ron Burnett Parker, Hurst & Burnett PO Box 1733 Jonesboro, AR 72403 | | | Representing North Arkansas Striping | | | | Notice Only | |

Sheet 13 of 14 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re   **Craighead County Fair Association**                                   Case No.   **3:14-bk-15490**
_____                      _____
Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint or Community | | | | | |
| Dennis Zopler Attorney at Law PO Box 17367 Jonesboro, AR  72403 | | | Representing Northeast Glass | | | | Notice Only | |
| David Grace Hardin & Grace PO Box 5851 North Little Rock, AR  72119 | | | Representing RGB Sheetmetal | | | | Notice Only | |
| \Roger McNeil Womack, Phelps & McNeill PO Box 3077 Jonesboro, AR  72403 | | | Representing Stewart Electric | | | | Notice Only | |
| The Perkins Law Firm PO Box 4054 Jonesboro, AR  72403 | | | Representing Stonebridge Construction | | | | Notice Only | |
| Jay Bequette Bequette & Billingsley, PA 425 W. Capitol Ave., Ste 3200 Little Rock, AR  72201 | | | Representing Supreme Fixtures | | | | Notice Only | |
| Dennis Zopler Attorney at Law PO Box 17367 Jonesboro, AR  72403 | | | Representing Vance Construction and Property | | | | Notice Only | |
| Dennis Zopler Attorney at Law PO Box 17367 Jonesboro, AR  72403 | | | Representing Vance Construction Solution | | | | Notice Only | |

Sheet 14 of 14 total sheets in Schedule of Creditors Holding Secured Claims

B6E (Official Form 6E) (4/13)

In re  **Craighead County Fair Association**                                        Case No.  __3:14-bk-15490__
                                                          ,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**     continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  __**Craighead County Fair Association**_____ ,    Case No. __**3:14-bk-15490**_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| **Arkansas Automatic Sprinklers PO Box 1370 Cabot, AR 72023** | - | | | | | | 25,125.28 |
| Account No. | | | Trade Debt | | | | |
| **Artisan Precast 17216 Saticoy St. Suite 411 Van Nuys, CA 91406** | - | | | | | | 10,381.00 |
| Account No. | | | Trade Debt | | | | |
| **Associated Engineers PO Box 1462 Jonesboro, AR 72403** | - | | | | | | 3,233.75 |
| Account No. | | | Trade Debt | | | | |
| **Becker Fabrication 1800 McArthur Park Jonesboro, AR 72401** | - | | | | | | 2,991.20 |
| __11__ continuation sheets attached | | | | Subtotal (Total of this page) | | | 41,731.23 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Craighead County Fair Association**                                    Case No.  **3:14-bk-15490**
_____,
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Certificate of Occupancy | | | | |
| City of Jonesoboro City Inspector Tim Renshaw 300 S. Church St. Jonesboro, AR 72401 | - | | | | | | | Unknown |
| Account No. | | | | Trade Debt | | | | |
| Dacus Fence Co. 2729 N. Church Jonesboro, AR 72401 | - | | | | | | | 24,421.00 |
| Account No. | | | | Trade Debt | | | | |
| Fields Heat & Air 2519 Melody Lane Newport, AR 72112 | - | | | | | | | 860.00 |
| Account No. | | | | Trade Debt | | | | |
| May Security 4910 Southwest Drive C Jonesboro, AR 72404 | - | | | | | | | 12,755.00 |
| Account No. | | | | Sewer, paving, lights, building- Conditions of annexation and zoning. | | | | |
| Oakwood Subdivision c/o J.R.Thomas 243 Sundown Lane Jonesboro, AR 72401 | - | | | | | | | 150,000.00 |

Sheet no. __1__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 188,036.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Craighead County Fair Association**                              ,        Case No.   **3:14-bk-15490**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Ami & Brandon Foster** **236 CR 705** **Jonesboro, AR 72401** | | | | **Representing:** **Oakwood Subdivision** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Arkansas Louisiana Gas Co.** **PO Box 1475** **Mail Stop 4402-A** **Shreveport, LA 71151** | | | | **Representing:** **Oakwood Subdivision** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Ben & Mycal Barker** **382 CR 701** **Jonesboro, AR 72401** | | | | **Representing:** **Oakwood Subdivision** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Bob & Mary Ann Foster** **356 CR 701** **Jonesboro, AR 72401** | | | | **Representing:** **Oakwood Subdivision** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Bradford & Magdalena Ivie** **350 CR 705** **Jonesboro, AR 72401** | | | | **Representing:** **Oakwood Subdivision** | | | | **Notice Only** |

Sheet no. __**2**__ of __**11**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Craighead County Fair Association**
_____,
                              Debtor

Case No.   **3:14-bk-15490**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| CEO & Associates, LLC 5461 Hwy 49 N. Jonesboro, AR 72401 | | | Representing: Oakwood Subdivision | | | | Notice Only |
| Account No. | | | | | | | |
| Clell Smith 409 CR 705 Jonesboro, AR 72401 | | | Representing: Oakwood Subdivision | | | | Notice Only |
| Account No. | | | | | | | |
| Dan McWilliams 248 CR 701 Jonesboro, AR 72401 | | | Representing: Oakwood Subdivision | | | | Notice Only |
| Account No. | | | | | | | |
| Danielle & Joel Wildrick 408 CR 701 Jonesboro, AR 72401 | | | Representing: Oakwood Subdivision | | | | Notice Only |
| Account No. | | | | | | | |
| Danny & Judy Luther 218 CR 701 Jonesboro, AR 72401 | | | Representing: Oakwood Subdivision | | | | Notice Only |

Sheet no. __3__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Craighead County Fair Association**                                          Case No.   **3:14-bk-15490**
_____ ,
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Donald & Mary Gilmer** **166 CR 705** **Jonesboro, AR 72401** | | | **Representing:** **Oakwood Subdivision** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Eddie & Patricia Wells** **194 CR 705** **Jonesboro, AR 72401** | | | **Representing:** **Oakwood Subdivision** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Floyd & Cathy Vuncannon** **5511 Hwy 49 N.** **Jonesboro, AR 72401** | | | **Representing:** **Oakwood Subdivision** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Galen Rottinghaus** **1377 144th Rd.** **Seneca, KS 66538** | | | **Representing:** **Oakwood Subdivision** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Garry & Sharron Turman** **301 CR 705** **Jonesboro, AR 72401** | | | **Representing:** **Oakwood Subdivision** | | | | **Notice Only** |

Sheet no. __4__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Craighead County Fair Association_____,   Case No. __3:14-bk-15490_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Gene & Linda Goza 65 CR 705 Jonesboro, AR 72401 | | | | Representing: Oakwood Subdivision | | | | Notice Only |
| Account No. | | | | | | | | |
| Glen & Geraldine Talley 218 CR 705 Jonesboro, AR 72401 | | | | Representing: Oakwood Subdivision | | | | Notice Only |
| Account No. | | | | | | | | |
| Gregory Peck, Jr. 462 CR 701 Jonesboro, AR 72401 | | | | Representing: Oakwood Subdivision | | | | Notice Only |
| Account No. | | | | | | | | |
| Jason Pounders 232 CR 705 Jonesboro, AR 72401 | | | | Representing: Oakwood Subdivision | | | | Notice Only |
| Account No. | | | | | | | | |
| Jerrilee Howard 274 CR 701 Jonesboro, AR 72401 | | | | Representing: Oakwood Subdivision | | | | Notice Only |

Sheet no. __5___ of __11___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Craighead County Fair Association**                                    Case No.   **3:14-bk-15490**
                                                                      ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Jimmy & Peggy Laws 429 CR 705 Jonesboro, AR 72401 | | | | Representing: Oakwood Subdivision | | | | Notice Only |
| Account No. | | | | | | | | |
| Joe & Joanna Miller 324 CR 701 Jonesboro, AR 72401 | | | | Representing: Oakwood Subdivision | | | | Notice Only |
| Account No. | | | | | | | | |
| Jordyn-Cole, Inc. 1765 CR 403 Jonesboro, AR 72401 | | | | Representing: Oakwood Subdivision | | | | Notice Only |
| Account No. | | | | | | | | |
| Joseph & April Moss 436 CR 701 Jonesboro, AR 72401 | | | | Representing: Oakwood Subdivision | | | | Notice Only |
| Account No. | | | | | | | | |
| Joseph & Kasey Walter 381 CR 705 Jonesboro, AR 72401 | | | | Representing: Oakwood Subdivision | | | | Notice Only |

Sheet no. __6__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Craighead County Fair Association**                              , Case No.   **3:14-bk-15490**
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Larry & Joyce Cliff <br> 287 CR 705 <br> Jonesboro, AR 72401 | | | | Representing: <br> Oakwood Subdivision | | | | **Notice Only** |
| Account No. <br><br> Lucas Perkins <br> 217 CR 705 <br> Jonesboro, AR 72401 | | | | Representing: <br> Oakwood Subdivision | | | | **Notice Only** |
| Account No. <br><br> Marcus & Rhonda Pruitt <br> 5347 Hwy 49 <br> Jonesboro, AR 72401 | | | | Representing: <br> Oakwood Subdivision | | | | **Notice Only** |
| Account No. <br><br> Mark & Catherine Willis <br> 304 CR 701 <br> Jonesboro, AR 72401 | | | | Representing: <br> Oakwood Subdivision | | | | **Notice Only** |
| Account No. <br><br> Melvin & Betty Blevins <br> 108 CR 705 <br> Jonesboro, AR 72401 | | | | Representing: <br> Oakwood Subdivision | | | | **Notice Only** |

Sheet no. __7__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Craighead County Fair Association**                    Case No.    **3:14-bk-15490**
_____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Michael & Judy Atkinson**<br>**400 CR 705**<br>**Jonesboro, AR 72401** | | | **Representing:**<br>**Oakwood Subdivision** | | | | **Notice Only** |
| Account No.<br><br>**Michelle Nolan**<br>**252 CR 705**<br>**Jonesboro, AR 72401** | | | **Representing:**<br>**Oakwood Subdivision** | | | | **Notice Only** |
| Account No.<br><br>**Rex & Connie Gilbert**<br>**5569 Hwy 49**<br>**Jonesboro, AR 72401** | | | **Representing:**<br>**Oakwood Subdivision** | | | | **Notice Only** |
| Account No.<br><br>**Ronald Brand**<br>**300 CR 705**<br>**Jonesboro, AR 72401** | | | **Representing:**<br>**Oakwood Subdivision** | | | | **Notice Only** |
| Account No.<br><br>**Russell H. Arnold**<br>**275 CR 705**<br>**Jonesboro, AR 72401** | | | **Representing:**<br>**Oakwood Subdivision** | | | | **Notice Only** |

Sheet no. __**8**__ of __**11**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Craighead County Fair Association**                                          Case No.   **3:14-bk-15490**
                                                    ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Sean Still 374 CR 705 Jonesboro, AR 72401 | | | | Representing: Oakwood Subdivision | | | | Notice Only |
| Account No. | | | | | | | | |
| Shelly Campbell 434 CR 705 Jonesboro, AR 72401 | | | | Representing: Oakwood Subdivision | | | | Notice Only |
| Account No. | | | | | | | | |
| Stephen & Karen Burnett 189 CR 705 Jonesboro, AR 72401 | | | | Representing: Oakwood Subdivision | | | | Notice Only |
| Account No. | | | | | | | | |
| Stevie & Rita Stoker 353 CR 705 Jonesboro, AR 72401 | | | | Representing: Oakwood Subdivision | | | | Notice Only |
| Account No. | | | | | | | | |
| Toby S. Franks 323 CR 705 Jonesboro, AR 72401 | | | | Representing: Oakwood Subdivision | | | | Notice Only |

Sheet no. __9__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Craighead County Fair Association** ,    Case No.   **3:14-bk-15490**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **William & Angela Hayse** **263 CR 705** **Jonesboro, AR 72401** | | | | Representing: Oakwood Subdivision | | | | Notice Only |
| Account No. **Ritter Communication** **PO Box 9661** **Conway, AR 72033** | - | | | Trade Debt | | | | 117,750.44 |
| Account No. **Roger McNeill** **Womack, Phelps & McNeill** **PO Box 3077** **Jonesboro, AR 72403** | | | | Representing: Ritter Communication | | | | Notice Only |
| Account No. **Service Group 360** **PO Box 1501** **Jonesboro, AR 72401** | - | | | Trade Debt | | | | 16,500.00 |
| Account No. **Turman Construction** **6555 Hwy 1 South** **Jonesboro, AR 72404** | - | | | Trade Debt | | | | 87,600.00 |

Sheet no. __10__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **221,850.44**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Craighead County Fair Association**                                    ,       Case No.   **3:14-bk-15490**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Trade Debt** | | | | |
| **Union Glass** **3211 Southwest D** **Jonesboro, AR 72404** | - | | | | | | **5,959.20** |
| Account No. | | | **Trade Debt** | | | | |
| **Waddell, Cole & Jones** **310 East St., Ste. A** **Jonesboro, AR 72401** | - | | | | | | **Unknown** |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __11__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **5,959.20** |
| Total (Report on Summary of Schedules) | **457,576.87** |

B6G (Official Form 6G) (12/07)

In re   **Craighead County Fair Association**                                    Case No.   __3:14-bk-15490__
_____,
                                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Blackburn Properties of Texas**<br>**Attn:  Paul Blackburn**<br>**8100 Broadway, Ste 205**<br>**San Antonio, TX 78209** | **Offer & Acceptance on Purchase of Real Estate** |
| **Haag Brown Commercial**<br>**2915 Browns Lane**<br>**Jonesboro, AR 72401** | **Real Estate Contract ****8847699 Right to Sell Agreement.  Debtor Assumes.** |
| **Haag Brown Commercial**<br>**2915 Browns Lane**<br>**Jonesboro, AR 72401** | **Real Estate Contract ****7500246 Right to Sell Agreement.  Debtor Assumes.** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re  **Craighead County Fair Association**                                    Case No.   __3:14-bk-15490__
                                                              ,
                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
____  continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of Arkansas

In re   **Craighead County Fair Association**                                     Case No.   **3:14-bk-15490**
                                                    Debtor(s)                Chapter   **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Acting President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**36**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **October 22, 2014**                              Signature   **/s/ Michael Cureton**
                                                                     **Michael Cureton**
                                                                     **Acting President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Eastern District of Arkansas

In re  **Craighead County Fair Association**                                   Case No.  **3:14-bk-15490**

                                         Debtor(s)                              Chapter  **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$890,079.47** | **2014 YTD: Debtor Northeast Arkansas District Fair** |
| **$1,158,798.00** | **2013: Debtor Northeast Arkansas District Fair** |
| **$3,660,087.68** | **2012: Debtor Northeast Arkansas District Fair** |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None ■

**Complete a. or b., as appropriate, and c.**

    a.  *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None □

    b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Various** | **Payments made in Ordinary Course of Business. Bank Statements and checks available for inspection if necessary.** | **$0.00** | **$0.00** |

None ■

    c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None □

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Barker Brothers Asphalt Paving, Inc. vs. Craighead County Fair Association, Inc., et al CV2013-35** | **Civil** | **Craighead County Circuit Court** | **Pending** |
| **Harvey-Preston Electric Co. vs. Craighead County Fair Association Case No. CV2013-125** | **Civil** | **Craighead County Circuit Court** | **Consolidated with Barker Brothers Case CV2013-35** |
| **Hedger Brothers Jonesboro Concrete Products vs. Craighead County Fair Association Case No. CV2013-124** | **Civil** | **Craighead County Circuit Court** | **Consolidated with Barker Brothers Case CV2013-35** |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **E. Ritter Communications, Inc. d/b/a Ritter Communications, Inc. vs. Craighead County Fair Association, Inc.**<br>**Cae No. CV2013-110** | **Civil** | **Craighead County Circuit Court** | **Consolidated with Barker Brothers Case CV2013-35** |
| **Dacus Fence Company, Inc. vs. Craighead County Fair Association, Inc. d/b/a Northeast Arkansas District Fair**<br>**Case No. CV2014-271** | **Civil** | **Craighead County Circuit Court** | **Pending** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None □    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Craighead County 4-H**<br>**Jonesboro, AR 72401** | | **December 2013** | **$750** |
| **AFMA Scholarship Fund** | | **December 2013** | **$300** |

B7 (Official Form 7) (04/13)
4

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Mark Ford Scholarship Fund** | | **January & August 2014** | **$2,000** |

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **James F. Dowden, PA**<br>**212 Center Street**<br>**Tenth Floor**<br>**Little Rock, AR 72201** | **10/06/2014** | **$20,000** |

### 10. Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Home Boy Investments, LLC** | **Feb. 5, 2014** | **Lot 2 Stadium Blvd., $950,000** |
| **L&L Property, LLC** | **Nov. 14, 2013** | **Lot 3 Stadium Blvd., $753,276** |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
5

## 11.  Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

## 12.  Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

## 13.  Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

## 14.  Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

## 15.  Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

## 16.  Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

B7 (Official Form 7) (04/13)
6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■     a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■     b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■     c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐     a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Craighead County Fair Association | 58-1886255 | PO Box 2397 Jonesboro, AR 72401 | County Fair Association | 1955-Present |

None
■     b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

B7 (Official Form 7) (04/13)
7

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Jones & Co. CPA's<br>PO Box 1970<br>Jonesboro, AR 72403 | |

None
■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Focus Bank<br>406 Southwest Drive<br>PO Box 16880<br>Jonesboro, AR 72401 | Within last 18 months. |
| Centennial Bank<br>2901 E. Highland Drive<br>Jonesboro, AR 72401 | Within last 18 months. |

---

### 20. Inventories

None
■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
■   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

B7 (Official Form 7) (04/13)
8

### 21 . Current Partners, Officers, Directors and Shareholders

None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐     controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| **Michael Cureton**<br>**PO Box 147**<br>**Cash, AR 72421** | **President** | **Board of Directors** |
| **Jeff Deniston**<br>**3111 Cherrywood**<br>**Jonesboro, AR 72404** | **Vice-President** | **Board of Directors** |
| **Cory Wade**<br>**3300 Turtle Creek Road**<br>**Jonesboro, AR 72404** | **Secretary** | **Board of Directors** |
| **Josh Cureton**<br>**PO Box 147**<br>**Cash, AR 72421** | **Treasurer** | **Board of Directors** |
| **Scott Gibson**<br>**1053 CR 702**<br>**Jonesboro, AR 72401** | **Board Member** | **Board of Directors** |
| **David Gairhan**<br>**1105 Layman Dr.**<br>**Jonesboro, AR 72401** | **Board Member** | **Board of Directors** |
| **Randy Barymon**<br>**401 CR 338**<br>**Jonesboro, AR 72401** | **Board Member** | **Board of Directors** |
| **Lisa Deniston**<br>**3111 Cherrywood**<br>**Jonesboro, AR 72404** | **Board Member** | **Board of Directors** |

### 22 . Former partners, officers, directors and shareholders

None  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■     commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■     immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

### 23 . Withdrawals from a partnership or distributions by a corporation

None  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
■     in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
      commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
| --- | --- | --- |

B7 (Official Form 7) (04/13)
9

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **October 22, 2014**                    Signature  **/s/ Michael Cureton**
                                                          **Michael Cureton**
                                                          **Acting President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Eastern District of Arkansas

In re   **Craighead County Fair Association**                               Case No.   **3:14-bk-15490**

Debtor(s)                               Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **20,000.00** |
| Prior to the filing of this statement I have received | $ **20,000.00** |
| Balance Due | $ **0.00** |

2.  The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **October 22, 2014**                          **/s/ James F. Dowden**
                                                       **James F. Dowden 77046**
                                                       **James F. Dowden, PA**
                                                       **212 Center Street**
                                                       **Tenth Floor**
                                                       **Little Rock, AR 72201**
                                                       **501-324-4700  Fax: 501-374-5463**
                                                       **JFDowden@swbell.net**

---

# United States Bankruptcy Court

## Eastern District of Arkansas

In re  **Craighead County Fair Association**
,

Debtor

Case No.    **3:14-bk-15490**

Chapter                                    **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **None** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Acting President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **October 22, 2014**

Signature  **/s/ Michael Cureton**

**Michael Cureton**
**Acting President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§  152 and 3571.

**0**    continuation sheets attached to List of Equity Security Holders

## United States Bankruptcy Court
### Eastern District of Arkansas

In re   **Craighead County Fair Association**

Debtor(s)

Case No.

Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Acting President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **October 10, 2014**

**/s/ Michael Cureton**

**Michael Cureton/Acting President**
Signer/Title

Adams & Cooper Plumbing, Inc.
PO Box 1141
Jonesboro, AR 72403


Ami & Brandon Foster
236 CR 705
Jonesboro, AR 72401


Arkansas Automatic Sprinklers
PO Box 1370
Cabot, AR 72023


Arkansas Louisiana Gas Co.
PO Box 1475
Mail Stop 4402-A
Shreveport, LA 71151


Artisan Precast
17216 Saticoy St.
Suite 411
Van Nuys, CA 91406


Associated Engineers
PO Box 1462
Jonesboro, AR 72403


Bailey Contractors, Inc.
101 CR 130
Bono, AR 72416


Barker Brothers Asphalt
461 CR 402
Jonesboro, AR 72401


Becker Fabrication
1800 McArthur Park
Jonesboro, AR 72401


Ben & Mycal Barker
382 CR 701
Jonesboro, AR 72401


Bethune Painting, Inc.
603 Tannehill Dr.
Jonesboro, AR 72404

Blackburn Properties of Texas
Attn: Paul Blackburn
8100 Broadway, Ste 205
San Antonio, TX 78209


Bob & Mary Ann Foster
356 CR 701
Jonesboro, AR 72401


Bradford & Magdalena Ivie
350 CR 705
Jonesboro, AR 72401


CEO & Associates, LLC
5461 Hwy 49 N.
Jonesboro, AR 72401


Charles Frierson, III
Attorney at Law
113 E. Jackson Ave.
Jonesboro, AR 72401


Chris A. Averitt
Scholtens & Averitt, PLC
113 E. Jackson Ave.
Jonesboro, AR 72401


City of Jonesoboro
City Inspector Tim Renshaw
300 S. Church St.
Jonesboro, AR 72401


City Water & Light
PO Box 1289
Jonesboro, AR 72403


Clell Smith
409 CR 705
Jonesboro, AR 72401


Control Heat & Air
6000 Krueger Dr.
Jonesboro, AR 72401

Dacus Fence Co.
2729 N. Church
Jonesboro, AR 72401


Dan McWilliams
248 CR 701
Jonesboro, AR 72401


Danielle & Joel Wildrick
408 CR 701
Jonesboro, AR 72401


Danny & Judy Luther
218 CR 701
Jonesboro, AR 72401


David Grace
Hardin & Grace
PO Box 5851
North Little Rock, AR 72119


Dennis Zolper
Attorney at Law
PO Box 17367
Jonesboro, AR 72403


Ditta Door
3620 Stadium Blvd.
Jonesboro, AR 72404


Donald & Mary Gilmer
166 CR 705
Jonesboro, AR 72401


Eddie & Patricia Wells
194 CR 705
Jonesboro, AR 72401


Fields Heat & Air
2519 Melody Lane
Newport, AR 72112


Floyd & Cathy Vuncannon
5511 Hwy 49 N.
Jonesboro, AR 72401

Focus Bank
406 Southwest Drive
PO Box 16880
Jonesboro, AR 72401


Galen Rottinghaus
1377 144th Rd.
Seneca, KS 66538


Garry & Sharron Turman
301 CR 705
Jonesboro, AR 72401


Gene & Linda Goza
65 CR 705
Jonesboro, AR 72401


Glen & Geraldine Talley
218 CR 705
Jonesboro, AR 72401


Glenn Lovett, Jr.
Attorney at Law
PO Box 1575
Jonesboro, AR 72403


Gregory Peck, Jr.
462 CR 701
Jonesboro, AR 72401


Haag Brown Commercial
2915 Browns Lane
Jonesboro, AR 72401


Harvey Preston Electric, Inc.
12110 Old Hwy 71 S.
Fort Smith, AR 72916


Hedger Brothers
2103 Cotton St.
Jonesboro, AR 72401


Hufcor, Inc.
PO Box 591
Janesville, WI 53547

```
James W. McLeod
McLeod Law Firm, PLLC
225 S. Main, Suite 102
Jonesboro, AR 72401


Jason Pounders
232 CR 705
Jonesboro, AR 72401


Jay Bequette
Bequette & Billingsley, PA
425 W. Capitol Ave., Ste 3200
Little Rock, AR 72201-3469


Jerrilee Howard
274 CR 701
Jonesboro, AR 72401


Jim Lyons
Lyons & Cone, PLC
PO Box 7044
Jonesboro, AR 72403


Jimmy & Peggy Laws
429 CR 705
Jonesboro, AR 72401


Joe & Joanna Miller
324 CR 701
Jonesboro, AR 72401


Jonesboro Overhead Door Co.
PO Box 17196
Jonesboro, AR 72403


Jonesboro Roofing
PO Box 9016
Jonesboro, AR 72403


Jordyn-Cole, Inc.
1765 CR 403
Jonesboro, AR 72401
```

Joseph & April Moss
436 CR 701
Jonesboro, AR 72401


Joseph & Kasey Walter
381 CR 705
Jonesboro, AR 72401


Lakeside Contractors
PO Box 16540
Jonesboro, AR 72403


Larry & Joyce Cliff
287 CR 705
Jonesboro, AR 72401


Lucas Perkins
217 CR 705
Jonesboro, AR 72401


M. Keith Blythe
Attorney at Law
3921 Rogers Ave.
Fort Smith, AR 72903


Marcus & Rhonda Pruitt
5347 Hwy 49
Jonesboro, AR 72401


Mark & Catherine Willis
304 CR 701
Jonesboro, AR 72401


May Security
4910 Southwest Drive C
Jonesboro, AR 72404


Melvin & Betty Blevins
108 CR 705
Jonesboro, AR 72401


Michael & Judy Atkinson
400 CR 705
Jonesboro, AR 72401

Michelle Nolan
252 CR 705
Jonesboro, AR 72401


North Arkansas Striping
3204 Lochmoor Cove
Jonesboro, AR 72401


Northeast Glass
3620 Stadium Blvd.
Jonesboro, AR 72404


Oakwood Subdivision
c/o J.R.Thomas
243 Sundown Lane
Jonesboro, AR 72401


R. Bryant Marshall
Attorney at Law
PO Box 4034
Jonesboro, AR 72403


Rex & Connie Gilbert
5569 Hwy 49
Jonesboro, AR 72401


RGB Sheetmetal
PO Box 1927
Jonesboro, AR 72403


Ritter Communication
PO Box 9661
Conway, AR 72033


Roger McNeill
Womack, Phelps & McNeill
PO Box 3077
Jonesboro, AR 72403


Ron Burnett
Parker, Hurst & Burnett
PO Box 1733
Jonesboro, AR 72403

Ronald Brand
300 CR 705
Jonesboro, AR 72401


Russell H. Arnold
275 CR 705
Jonesboro, AR 72401


Ryan M. Wilson
Womack, Phelps & McNeill, P.A.
PO Box 3077
Jonesboro, AR 72403


Sean Still
374 CR 705
Jonesboro, AR 72401


Service Group 360
PO Box 1501
Jonesboro, AR 72401


Shelly Campbell
434 CR 705
Jonesboro, AR 72401


Stephen & Karen Burnett
189 CR 705
Jonesboro, AR 72401


Stevie & Rita Stoker
353 CR 705
Jonesboro, AR 72401


Stewart Electric
511 Wilson St.
Jonesboro, AR 72401


Stonebridge Construction
1000 Windover Rd.
Jonesboro, AR 72401


Supreme Fixtures
PO Box 193655
Little Rock, AR 72219

The Perkins Law Firm
PO Box 4054
Jonesboro, AR 72403


Toby S. Franks
323 CR 705
Jonesboro, AR 72401


Troy Henry
Henry Law Firm
630 S. Main Street
Jonesboro, AR 72403


Turman Construction
6555 Hwy 1 South
Jonesboro, AR 72404


Union Glass
3211 Southwest D
Jonesboro, AR 72404


Vance Construction & Prop.
1815 Grant Ave.
Jonesboro, AR 72401


Vance Construction Solution
PO Box 1366
Jonesboro, AR 72403


Waddell, Cole & Jones
310 East St., Ste. A
Jonesboro, AR 72401


William & Angela Hayse
263 CR 705
Jonesboro, AR 72401


William Clayton Vandivort
PO Box 158
Sikeston, MO 63801

## United States Bankruptcy Court
### Eastern District of Arkansas

In re **Craighead County Fair Association**

Debtor(s)

Case No. **3:14-bk-15490**

Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Michael Cureton**, declare under penalty of perjury that I am the **Acting President** of **Craighead County Fair Association**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Michael Cureton**, **Acting President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Michael Cureton**, **Acting President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Michael Cureton**, **Acting President** of this Corporation is authorized and directed to employ **James F. Dowden 77046**, attorney and the law firm of **James F. Dowden, PA** to represent the corporation in such bankruptcy case."

Date **October 14, 2014**

Signed **/s/ Michael Cureton**

**Michael Cureton**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy