IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

IN RE:  CRAIGHEAD COUNTY FAIR ASSOCIATION            CASE NO. 3:14-BK-15490
        DEBTOR                                       CHAPTER 11

ORDER GRANTING MOTION FOR SALE OF REAL ESTATE
FREE AND CLEAR OF LIENS

BEFORE the Court is the Motion for Sale of Real Estate Free and Clear of Liens, pursuant to Sec. 363 of the Code, filed by Craighead County Fair Association by its attorney, James F. Dowden, and the Court rules as follows:

1.   The Debtor has filed this Motion to sell property free and clear of liens as set out in the Title Commitment and Ernest Money Contract attached to the Motion as Exhibits A and B. Notice was properly given and no objections have been filed to the Motion.

2.   The negotiations to sell the approximate 11.74 acre tract to Blackburn Properties of Texas, LTD began prior to the filing of this bankruptcy Petition.

3.   The subject property is to be purchased by Blackburn Properties for the amount of $3,999,104.00.

5.   The Court finds that the real estate is not vital to the Debtor's reorganization; the sale will reduce the secured debts owed by the Debtor; and the sale is in the best interest of the creditors.

THEREFORE, the Motion for Sale of Real Estate Free and Clear of Liens is hereby GRANTED with the terms and conditions set out therein and herein.

**IT IS SO ORDERED**.

_____
Phyllis M. Jones
United States Bankruptcy Judge
Dated:  01/16/2015

Entered On Docket: 01/16/2015

**Approved:**

/s/ Patricia J. Stanley, Trial Attorney
**U.S. TRUSTEE**


**/s/ James F. Dowden**
**James F. Dowden,**
**Attorney for Debtor**


cc:
Michael Cureton, President, CCFA
Blackburn Properties of Texas, LTD

Attorney for Debtor(s)
Debtor(s)
Trustee
U.S. Trustee