IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

IN RE: CRAIGHEAD COUNTY FAIR ASSOCIATION, DEBTOR

CASE NO. 3:14-bk-15490
CHAPTER 11

## OBJECTION TO MOTION FOR SALE

Focus Bank objects to the debtor's Motion for Sale of Real Estate Free and Clear of Liens (the "Motion") (Doc. 79) as follows:

1. On December 18, 2014, the debtor filed a motion for approval of a sale of a portion of its property consisting of 11.74 acres located at what is known as the Old Fairgrounds to Blackburn Properties of Texas, LTD ("Blackburn") (the "Original Motion"). (Doc. 54) According to the terms of the Earnest Money Contract ("Contract") attached to the Original Motion, the proposed purchaser had an initial one hundred twenty (120) days of a due diligence period which could be extended for two additional thirty (30) day periods upon the payment of additional earnest money in the amount of $10,000.00 per extension period. Pursuant to the terms of the Contract, closing was to occur within thirty (30) days of the expiration of the due diligence period. See Exhibit B to the Original Motion.

2. The Order granting the Original Motion was entered on January 16, 2015. (Doc. 57)

3. In its current Motion, the debtor seeks to amend the escrow agreement to permit three (3) additional thirty (30) day periods for an additional deposit of $5,000.00 per period. This amount is 1/2 of the original extension deposit

1264752-v1

period. Further, if the purchaser exercises these options closing may not occur for up to an additional one hundred twenty (120) days.

4. On March 25, 2015, Focus Bank filed its Creditor's Plan of Liquidation (the "Plan") (Doc 64). The Plan incorporates the sale in the Original Motion as originally approved and provides that, "If a sale of the Old Fairground, or any portion thereof, does not close within ninety (90) days of the Effective Date, the Old Fairground shall be marketed for private sale for an additional ninety (90) days." Plan, Art. VII, ¶ 7.2.

5. The hearing on confirmation of the Plan was scheduled for and held on July 9, 2015. At the conclusion of the hearing the Court entered findings of fact and conclusions of law confirming the Plan.

6. The Motion was filed by the former board of the debtor which is no longer in place because of confirmation of the Plan which appoints the Distribution Agent Richard L. Ramsay ("Ramsay") as the sole director and officer of the debtor. Plan, Art. VI, ¶ 6.1. The former board no longer has authority to make decisions or recommendations on behalf of the debtor. Ramsay is the party in interest with whom Blackburn must deal with the Contract. The Motion should be denied as moot.

7. To the extent the Motion is not moot, Focus does not object to the Motion so long as the proposed sale can be timely accomplished within the time frame set forth in the confirmed Plan. Focus objects to the amendment allowing any further due diligence periods which would conflict with the terms of the Plan

1264752-v1

and requests that if any additional due diligence periods are granted, such periods be limited to sixty (60) days from the effective date of the Plan in order to allow closing to occur within the ninety (90) day period required by the Plan.

8. Focus Bank as the only creditor who is secured by the Old Fairground also objects to the Motion seeking to amend the escrow agreement to reduce additional escrow from $10,000.00 to $5,000.00 per thirty (30) day extension. There is no legal or factual basis for Focus Bank's collateral to be tied up for an amount of half of the previously negotiated extension payments.

WHEREFORE, Focus Bank requests that the Motion be denied or that the relief granted on the Motion be limited as set forth herein and for all further relief to which it is entitled.

WRIGHT, LINDSEY & JENNINGS LLP<br>
200 West Capitol Avenue, Suite 2300<br>
Little Rock, AR 72201<br>
Telephone: 501-371-0808<br>
Fax: 501-376-9442<br>
Email: jhenry@wlj.comj

By: _/s/ Judy J. Henry_
Judy Simmons Henry (84069)
Kimberly Wood Tucker (83175)
*Attorneys for Focus Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2015, a copy of the foregoing was filed and will be sent via CM/ECF transmission to all registered participants.

_/s/ Judy J. Henry_
Judy Simmons Henry

1264752-v1