# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

IN RE:
CRAIGHEAD COUNTY FAIR ASSOCIATION,　　　CASE NO. 3:14-bk-15490
DEBTOR　　　　　　　　　　　　　　　　　　　　　　CHAPTER 11

## ORDER SUSTAINING OBJECTION TO MOTION TO SELL

Before the Court is the Debtor's Motion to Sell Property Free and Clear of Liens (the "Motion") [Doc. 79] and the Objection thereto [Doc. 89] filed by Focus Bank. The parties have agreed that the objection of Focus Bank should be sustained. Upon due consideration of the matters before it, and having considered pleadings, the case file and being familiar with the case, the Court finds that Focus Bank's Objection is sustained and the Debtor's Motion to Sell Property Free and Clear of Liens is denied

**IT IS SO ORDERED.**

_____
Phyllis M. Jones
United States Bankruptcy Judge
Dated: 09/18/2015

1276041-v1

Entered On Docket: 09/18/2015

APPROVED BY:

/s/ Richard L. Ramsay
Richard L. Ramsay
124 West Capitol Avenue, Suite 1900
Little Rock, AR 72201
rick.ramsay@elhlaw.com; cramsay@elhlaw.com
(501) 376-4531 Fax (501) 376-8433
*Plan Distribution Agent*


/s/ James F. Dowden
James F. Dowden
JAMES F. DOWDEN, P.A.
212 Center Street, 10th Floor
Little Rock, AR 72201
(501) 324-4700
Fax : (501) 374-5463
Email: jfdowden@swbell.net
*Attorney for the Debtor*


WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, AR  72201-3699
Phone:  (501) 371-0808
FAX:    (501) 376-9442
Email:  jhenry@wlj.com

By: _____
   Judy Simmons Henry (84069)
   Kimberly Wood Tucker (83175)
   *Attorneys for Focus Bank*