## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

IN RE:

    CRAIGHEAD COUNTY FAIR ASSOCIATION,  CASE NO. 3:14-bk-15490
    DEBTOR                                                                               CHAPTER 11

### ORDER GRANTING APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSES

Before the Court is the Application for Payment of Administrative Expenses filed by Focus Bank on September 9, 2015 (the "Application") [Doc. 110] and the Notice of Opportunity to Respond entered by the Court on September 28, 2015, (the "Notice") [Doc. 113]. Upon due consideration of the matters before it, and having considered Application, the case record, and all other evidence and proof before the Court, the Court finds:

    1.    The Notice directed that any interested party who wishes to object to the Application file a written objection within twenty one (21) days. The Notice also provided that if no objection was timely filed, an order approving the Application would be entered.

    2.    The time to respond as fixed by the Court has passed, and no objection to the Application has been filed.

    3.    Focus Bank made a substantial contribution in connection with:

        (i)    formulating and drafting a Disclosure Statement and a confirmable Plan;

        (ii)    working with other creditors and parties in interest to obtain agreement on a confirmable plan;

1280543-v1

Entered On Docket: 11/02/2015

(iii) obtaining confirmation of the Plan; and

(iv) facilitating the implementation of the Plan.

The fees and expenses incurred by Focus Bank in connection with these tasks are allowable under sections 503(b)(3), 503(b)(4), and 105(a) of the Bankruptcy Code.

4. The Court has reviewed the Application and finds that the fees and expenses sought by Focus Bank totaling $38,035.89 are actual, necessary and reasonable fees and expenses for the substantial contribution made to the Debtors' estate and creditors.

5. The Distribution Agent is directed to pay the sum of $38,035.89 from the unencumbered funds/cash of the debtor by check payable to Focus Bank.

**IT IS SO ORDERED.**

_____
Phyllis M. Jones
United States Bankruptcy Judge
Dated: 11/02/2015

APPROVED BY:

/s/ Richard L. Ramsay
Richard L. Ramsay
124 West Capitol Avenue, Suite 1900
Little Rock, AR 72201
Phone: (501) 376-4531
Fax (501) 376-8433
Email: rick.ramsay@elhlaw.com; cramsay@elhlaw.com
*Plan Distribution Agent*

/s/ James F. Dowden
James F. Dowden
JAMES F. DOWDEN, P.A.
212 Center Street, 10th Floor
Little Rock, AR 72201
Phone: (501) 324-4700
Fax: (501) 374-5463
Email: jfdowden@swbell.net
*Attorney for the Debtor*

/s/ Joseph A. DiPietro
Charles Tucker
U.S. Trustee
Joseph A. DiPietro
Trial Attorney, Office of the U.S. Trustee
200 W. Capitol, Suite 1200
Little Rock, Arkansas 72201
Phone: (501) 324-7357
Email: charles.tucker@usdoj.gov

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201-3699
Phone: (501) 371-0808
Fax: (501) 376-9442
Email: jhenry@wlj.com

By: /s/ Judy Simmons Henry
    Judy Simmons Henry (84069)
    Kimberly Wood Tucker (83175)
    *Attorneys for Focus Bank*